**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUIS BRAVO,

               Movant,

    -against-

UNITED STATES OF AMERICA,
               Respondent.
-----------------------------------------------------------X

22 **CIVIL** 7393 (GHW)
18 **CR.** 283 (GHW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 30, 2022, because the Petition was not filed timely, the Petition is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444 45 (1962). Mr. Bravo has not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253. Judgment is entered for the United States; Accordingly, Case No. 1:22-cv-7393-GHW is closed.

**DATED:** New York, New York
         September 30, 2022

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                 **BY:** *K. Mango*
                                                           **Deputy Clerk**